Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive
Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com

*Attorney for Defendant
Citibank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANE SMITH, | CASE NO. 2:21-cv-01876-JCM-BNW |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR CITIBANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| CITIBANK, N.A. and EQUIFAX INFORMATION SERVICES, LLC, | (Second Request) |
| Defendants. | |

Plaintiff Shane Smith ("Plaintiff") and Defendant Citibank, N.A. ("Citibank")[1] stipulate and agree that Citibank has up to and including January 3, 2022 to respond to Plaintiff's Complaint (ECF No. 1), to provide Citibank additional time to investigate Plaintiff's allegations and for Citibank to prepare a response. The current deadline to file a response is December 3, 2021. Therefore, pursuant to LR IA 6-1, this stipulation is timely. This is the second stipulation for an extension of time for Citibank to file a response to Plaintiff's Complaint, and it is made in good faith and not for purposes of delay.

//

//

---

[1] By filing this Stipulation, Citibank is not waiving any affirmative defenses it may have in this matter, including, but not limited to, lack of personal jurisdiction.

Dated: November 30, 2021.

| BALLARD SPAHR LLP | THE WILCHER FIRM |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Citibank, N.A.* | By: /s/ Whitney C. Wilcher<br>Whitney C. Wilcher, Esq.<br>Nevada Bar No. 7212<br>400 South 4th Street, Suite 500<br>Las Vegas, Nevada 89101<br>Tel: (702) 528-5201<br><br>Mailing Address:<br>MCCARTHY LAW PLC<br>4250 N. Drinkwater Blvd., Suite 320<br>Scottsdale, Arizona 85251<br>litigation@mccarthylawyer.com<br><br>*Attorney for Plaintiff, Shane Smith* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/2/2021